No. 86–5020. BOOTH *v.* MARYLAND. Ct. App. Md. [Certiorari granted, *ante*, p. 882.] Motion of Stephanie Roper Foundation, Inc., for leave to file a brief as *amicus curiae* out of time granted.

No. 86–5999. TURNER *v.* PANSOPHIC SYSTEMS, INC. C. A. 7th Cir.; and

No. 86–6032. GELB *v.* ROYAL GLOBE INSURANCE CO. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 16, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.